IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

SENATOBIA HOUSING AUTHORITY                                                    PLAINTIFF

VS.                                            CIVIL ACTION NO. 3:18-CV-00103-MPM-JMV

JOAN PHILLIPS                                                                  DEFENDANT

## ORDER ADOPTING REPORT AND RECOMMENDATION

On July 17, 2018, United States Magistrate Judge Jane M. Virden issued a Report and Recommendation recommending that the [3] motion to proceed *in forma pauperis* be DENIED and the case REMANDED for lack of subject matter jurisdiction. No objections to the Report and Recommendation were filed.

Where no objections to a report and recommendation are filed, the "Court need only satisfy itself that there is no plain error on the face of the record." *Gauthier v. Union Pac. R.R. Co.*, 644 F.Supp.2d 824, 828 (E.D. Tex. 2009) (citing *Douglass v. United Serv. Auto. Ass'n*, 79 F.3d 1415, 1428–29 (5th Cir. 1996)). The Court has reviewed the Report and Recommendation and found no plain error. Accordingly:

1. The July 17, 2018, Report and Recommendation [8] is hereby ADOPTED;
2. The pending motion to proceed in forma pauperis [3] is hereby DENIED; and
3. The case is CLOSED.

SO ORDERED, this 17th day of August, 2018.

/s/ Michael P. Mills
UNITED STATES DISTRICT JUDGE